UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATUL PACHORI,**<br><br>　　Plaintiff,<br><br>v.<br><br>**NIPPON KAIJI KYOKAI CORPORATION,**<br><br>　　Defendant. | **CIVIL ACTION NO. 2:21-CV-00925**<br><br>**SECTION**<br><br>**JUDGE: NANNETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE: DANA DOUGLAS** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nippon Kaiji Kyokai ("ClassNK" or "Defendant") (incorrectly named by Plaintiff as "Nippon Kaiji Kyokai Corporation"), submits this Corporate Disclosure Statement:

1. ClassNK is a non-profit Japanese General Incorporated Foundation, domiciled in Japan.

2. There is no publicly held corporation that owns 10% or more of Class NK's stock.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*s/ Katelyn W. Harrell*
　　　　　　　　　　　　　　　　　KATELYN W. HARRELL
　　　　　　　　　　　　　　　　　La. Bar Roll No. 35164
　　　　　　　　　　　　　　　　　E-mail: Katelyn.Harrell@jacksonlewis.com
　　　　　　　　　　　　　　　　　JACKSON LEWIS P. C.
　　　　　　　　　　　　　　　　　650 Poydras Street, Suite 1900
　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　Telephone:　　(504) 208-1755
　　　　　　　　　　　　　　　　　Facsimile:　　(504) 208-1759

　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANT

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

                                              *s/ Katelyn W. Harrell*
                                              KATELYN W. HARRELL