UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATUL PACHORI | CIVIL ACTION |
| VERSUS | NO. 21-925 |
| NIPPON KAIJI KYOKAI CORP. | SECTION "G" (3) |

## ORDER

**IT IS ORDERED** that a telephone status conference shall be conducted by the undersigned Magistrate Judge **at 10:00 a.m. on Wednesday, February 16, 2022.** Each party shall email a concise memorandum to efile-Douglas@laed.uscourts.gov laying out the discovery issues in dispute to be discussed at the conference no later than Friday, February 11, 2022. This Court's staff shall send the conference dial-in information to the parties prior to the telephone status conference.

New Orleans, Louisiana, this 7th day of February, 2022.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**