UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATUL PACHORI,** | **CIVIL ACTION NO. 2:21-CV-00925** |
| Plaintiff, | |
| | **SECTION** |
| v. | |
| | **JUDGE: NANNETTE JOLIVETTE BROWN** |
| **NIPPON KAIJI KYOKAI CORPORATION,** | |
| Defendant. | **MAGISTRATE: DANA DOUGLAS** |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT DEFENDANTS' FOR PARTIAL SUMMARY JUDGMENT**

**NOW INTO COURT**, comes Defendant Nippon Kaiji Kyokai Corporation ("ClassNK"), who hereby requests leave to file a reply memorandum in support of its Motion for Partial Summary Judgment.

Defendant submits that a reply memorandum is necessary to clarify numerous statements within Plaintiff's Opposition, and Defendant believes that certain arguments by Plaintiff misconstrue the facts and law and merit further explanation.

Defendant believes it is important that the Court review its Reply Brief to prevent confusion and prejudice. A proposed Order allowing Defendant to file its Reply Brief is attached.

**WHEREFORE**, Defendant, Nippon Kaiji Kyokai Corporation, respectfully requests leave to file its Reply Brief, attached hereto.

- 2 -

Respectfully submitted this 8th day of March, 2022.

        *s/ Katelyn W. Harrell*
        Susan Fahey Desmond(#25380)
        susan.desmond@jacksonlewis.com
        Katelyn W. Harrell (#35164)
        Katelyn.Harrell@JacksonLewis.com
        **JACKSON LEWIS P.C.**
        650 Poydras Street, Suite 1900
        New Orleans, Louisiana 70130
        Telephone:   (504) 208-1755
        Facsimile:   (504) 208-1759
        **COUNSEL FOR DEFENDANT,**
        **NIPPON KAIJI KYOKAI CORPORATION**