## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATUL PACHORI,** | **CIVIL ACTION NO. 2:21-CV-00925** |
| **Plaintiff,** | **SECTION** |
| **v.** | **JUDGE: NANNETTE JOLIVETTE BROWN** |
| **NIPPON KAIJI KYOKAI CORPORATION,** | **MAGISTRATE: DANA DOUGLAS** |
| **Defendant.** | |

## DECLARATION OF KATELYN W. HARRELL
## IN SUPPORT OF DEFENDANT'S REPLY MEMORANDUM

I, Katelyn W. Harrell, declare and state as follows:

1.     I am an attorney with the law firm of Jackson Lewis P.C. and represent the Defendant in this action.

2.     Attached as Exhibit 1 is a true and correct excerpt of relevant entries from a spreadsheet received from ClassNK on February 14, 2022.  Several columns have been omitted from the original spreadsheet provided by ClassNK, and the column "Total Compensation" was created by Counsel for ClassNK to assist the Court.  Names of surveyors have been removed to preserve the privacy of non-parties.

3.     Attached as Exhibit 2 is a true and correct copy of an article detailing the top ten most expensive locations to live in the United States.  This article was accessed by Counsel for ClassNK on March 8, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 8, 2022          /s/ *Katelyn W. Harrell*
                                            Katelyn W. Harrell



**EXHIBIT**

**A**

| 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Nationality | Base salary | OT comp | Bonus | Total | Years of Experience | Location |
| Korean | $109,752.00 | $ - | $4,355.00 | $ 114,107.00 | 6 | New York |
| Korean | $106,572.00 | $20,542.06 | $ - | $ 127,114.06 | 4 | New York |
| Korean | $110,160.00 | $18,629.97 | $ - | $ 128,789.97 | 12 | Seattle |
| Korean | $101,340.00 | $28,234.19 | $ - | $ 129,574.19 | 13 | Houston |
| Korean | $111,360.00 | $27,296.64 | $ - | $ 138,656.64 | 30 | Houston |
| Korean | $120,000.00 | $22,969.78 | $ - | $ 142,969.78 | 28 | Los Angeles |
| Indian | $107,412.00 | $44,698.62 | $ - | $ 152,110.62 | 29 | New Orleans |
| Japanese | $121,200.00 | $28,332.70 | $5,000.00 | $ 154,532.70 | 33 | Seattle |
| Indian | $134,544.00 | $36,888.71 | $ - | $ 171,432.71 | 24 | New York |

| 2019 | | | | | | |
|---|---|---|---|---|---|---|
| Nationality | Base salary | OT comp | Bonus | Total | Years of Experience | Location |
| Korean | $111,948.00 | $ - | $2,286.50 | $ 114,234.50 | 7 | New York |
| Korean | $107,640.00 | $20,164.20 | $ - | $ 127,804.20 | 5 | New York |
| Korean | $102,348.00 | $28,935.64 | $ - | $ 131,283.64 | 14 | Houston |
| Korean | $112,368.00 | $22,699.74 | $ - | $ 135,067.74 | 13 | Seattle |
| Korean | $112,476.00 | $26,004.29 | $ - | $ 138,480.29 | 31 | Houston |
| Indian | $108,492.00 | $33,832.05 | $ - | $ 142,324.05 | 30 | New Orleans |
| Japanese | $122,412.00 | $24,695.00 | $5,050.00 | $ 152,157.00 | 34 | Seattle |
| Indian | $120,000.00 | $36,545.48 | $ - | $ 156,545.48 | 25 | New York |

EXHIBIT
1

| 2020 | | | | | |
|---|---|---|---|---|---|
| Nationality | Base salary | OT comp | Bonus | Total | Years of Experience | Location |
| Korean | $114,600.00 | NA | $ 2,332.25 | $ 116,932.25 | 8 | New York |
| Korean | $109,560.00 | $17,028.21 | $ - | $ 126,588.21 | 6 | New York |
| Korean | $102,348.00 | $34,725.22 | $ - | $ 137,073.22 | 15 | Houston |
| Korean | $113,940.00 | $24,610.15 | $ - | $ 138,550.15 | 14 | Seattle |
| Indian | $108,492.00 | $32,487.97 | $ - | $ 140,979.97 | 31 | New Orleans |
| Korean | $112,476.00 | $30,166.16 | $ - | $ 142,642.16 | 32 | Houston |
| Japanese | $122,412.00 | $17,701.31 | $ 10,201.00 | $ 150,314.31 | 35 | Seattle |
| Indian | $120,000.00 | $39,035.74 | $ - | $ 159,035.74 | 26 | New York |

Search

Home / Learn / **Most Expensive Cities In The US**

# 10 Most Expensive Cities In The US

**ANDREW DEHAN** | **9-MINUTE READ**

**DECEMBER 14, 2021**

**Share:**    

Before relocating to a new city, it's important to look into the cost of living. If you plan on buying a home, knowing the price of real estate and the condition of the market is crucial. Many expensive cities come with a higher cost of living.

If you're interested in putting down roots, buying a home in these cities could be difficult. Not only are they expensive, but many are competitive. They're popular places to live and if you want to live there, you're going to pay for it.

## Most Expensive Cities In the US, Based On Real Estate

Living in the city is expensive, no matter how you look at it. But this expense comes with good reason. Cities are full of opportunities to advance a career. They're centers of culture and entertainment.

For this list of most expensive cities, we looked at the cost per square foot, median listing price and median selling price. From there, we calculated the cost of a 5% down payment. This is the lowest percentage necessary for most conventional mortgages.

See What You Qualify For

EXHIBIT
2

While not considered in the ranking, this report also lists whether these cities are **buyer's or seller's markets**. A seller's market is more competitive for buyers, with houses selling quickly and often above **asking price**. A buyer's market is the opposite: houses stay on the market longer and sell below listing. A neutral market means houses sell close to their asking price and in an average length of time.

Most other lists like this incorporate cost of living, cost of goods and average salaries. We wanted to take a different approach and look solely at the cost of buying real estate.

Using the **Rocket Homes® Neighborhood Trend Reports**, we built our list to show you what kind of market to expect when you're buying in the most expensive cities in the U.S.

# 1. San Francisco, California



- ~$1,100 per square foot

- Median listing price: ~$1,300,000

See What You Qualify For

- Average 5% down payment: ~$68,000

- Neutral market

San Francisco is an epicenter for technology jobs in this country. Thousands of tech companies have their headquarters in the adjacent Silicon Valley. Big names like Apple, Intel, Facebook and Tesla are located nearby, bringing billions of dollars into the area.

The city of San Francisco also has a long history of culture. From the beat writers of the '50s, to the hippies in the '60s to the establishment of one of the oldest and longest-running LGBTQ Pride festivals in 1972, San Francisco has been a bastion of expressive and progressive culture.

Because of its booming tech economy and rising housing demand, San Francisco is the most expensive place to buy a home in the U.S. A median selling price of over $1.3 million lands San Fran in the top spot on our list.

For context, you could buy a three-bedroom house in rural Ohio for the price of the average 5% down payment. But that's rural Ohio. This is San Francisco we're talking about.

## 2. Manhattan, New York

See What You Qualify For



- ~$1,400 per square foot

- Median listing price: ~$1,600,000

- Median selling price: ~$950,000

- Average 5% down payment: ~$47,300

- Buyer's market

Manhattan has the highest price per square foot in the USA. In fact, the price of one square foot in Manhattan nears the average monthly mortgage payment in the United States.

But as the host of the United Nations headquarters and Wall Street, and as a renowned center for the arts, people flock to Manhattan. As one of the five boroughs in the City That Never Sleeps, Manhattan is the birthplace of New York City, the most densely populated city in the U.S.

See What You Qualify For

Manhattan is an area abound with opportunity, containing some of the most recognizable landmarks in the world: Central Park, the Empire State Building and the Statue of Liberty. It's also home to Broadway theater, several prominent art museums, Greenwich Village and prestigious schools like Juilliard and New York University.

With all it has to offer, it's no surprise that a piece of Manhattan comes with a high price tag.

## 3. San Jose, California



Get approved to buy a home.

Rocket Mortgage® lets you get to house hunting sooner.

Start My Application

See What You Qualify For

- Median listing price: ~$925,000

- Median selling price: ~$983,000

- Average 5% down payment: ~$49,000

- Buyer's market

With a median listing price over four times the national average, San Jose comes in at third on our list. Like San Francisco, San Jose is the center of the tech powerhouse of Silicon Valley, with major tech companies like eBay, Adobe, Hewlett Packard and PayPal headquartered there.

Because of its innovative reputation, San Jose has become a center of affluence. Because of its high housing prices, the cost of living in San Jose is one of the highest in the nation.

Yet with its plentiful opportunity, along with its beautiful Mediterranean climate, the population of San Jose is still growing.

## 4. Bethesda, Maryland

See What You Qualify For



**ROCKET** Mortgage                                    Sign In

- ~$500 per square foot

- Median listing price: ~$1,200,000

- Median selling price: ~$848,000

- Average 5% down payment: ~$42,000

- Seller's market

If this list were all about price per square foot, Bethesda would be much further down this list. But with a listing price over five times the national average, Bethesda comes in at No. 4 on our list.

Bethesda is an anomaly here. Technically, it's not a city; it's an unincorporated, census-designated place. With a population of a little over 63,000, it's by far the least populated place on this list.

See What You Qualify For

Commission and the Naval Surface Warfare Center Carderock Division.

Along with the federal presence, defense contractor Lockheed Martin, hotel chain Marriott International and software company Bethesda Softworks are all headquartered in this small, affluent community.

## 5. Brooklyn, New York

At No. 5 is Brooklyn, the second of New York's five boroughs to make the list. With a median listing price over three times the national average, Brooklyn is an expensive place to put down roots. If this list were organized by price per square foot, Brooklyn would rank fourth, with a price per square foot nearly five times the national average.

Its proximity to Manhattan plus its hip neighborhoods and thriving tech and art scenes have made Brooklyn a popular place to live. So popular that Brooklyn has seen a significant uptick in housing costs in the past 10 years.

Yet, unlike many gentrifying cities, Brooklyn maintains a high degree of diversity. Its distinct neighborhoods are home to multiple cultures, ethnicities and religions. Brooklyn still represents New York City as a city of immigrants.

See What You Qualify For



- ~$720 per square foot

- Median listing price: ~$730,000

- Median selling price: $799,000

- Average 5% down payment: ~$40,000

- Buyer's market

At No. 5 is Brooklyn, the second of New York's five boroughs to make the list. With a median listing price over three times the national average, Brooklyn is an expensive place to put down roots. If this list were organized by price per square foot, Brooklyn would rank fourth, with a price per square foot nearly five times the national average.

Its proximity to Manhattan plus its hip neighborhoods and thriving tech and art scenes have made Brooklyn a popular place to live. So popular that Brooklyn has seen a significant uptick in housing costs in the past 10 years.

See What You Qualify For

Yet, unlike many gentrifying cities, Brooklyn maintains a high degree of diversity. Its distinct neighborhoods are home to multiple cultures, ethnicities and religions. Brooklyn still represents New York City as a city of immigrants.

## 6. Los Angeles, California



- ~$550 per square foot

- Median listing price: ~$860,000

- Median selling price: ~$760,000

- Average 5% down payment: ~$38,000

- Buyer's market

See What You Qualify For

musicians and artists in hopes of making it big.

With such notable landmarks as the Hollywood Bowl, Capitol Records Building, Griffith Observatory and Grauman's Chinese Theatre, Los Angeles is one of the biggest cultural centers of the U.S.

Its Mediterranean climate means it's warm all year-round, just a few degrees cooler than a tropical climate. It's surrounded by the natural beauty of the Santa Monica mountains.

Like the San Francisco Bay Area, the city has a high rate of homelessness due to economic hardship and lack of affordable housing. Still, people are moving to the city, with its population eclipsing 4 million in 2020.

## 7. Boston, Massachusetts



See What You Qualify For

- Median listing price: ~$770,000

- Median selling price: ~$692,000

- Average 5% down payment: $35,000

- Seller's market

With the third-highest price per square foot, Boston lands at No. 7 on this list. Yet, with a median selling price at half of San Francisco's, Boston may seem like a bargain.

Boston is a thriving center of research, with many of the world's top colleges and universities nearby. Medicine, engineering and biotech make Boston a global leader in the sciences.

The city also has a strong significance in American culture, with many important events of the American Revolution occurring in or around the city. Boston also has many civically supported centers like the Boston Public Library, Symphony Hall and the Museum of Fine Arts.

Unfortunately, Boston is considered the most racist city in the United States. In 2017, **The Boston Globe commissioned a survey** that found, among eight major cities, Black people ranked Boston as the least welcoming to people of color. Boston's history as a major slave trading port, as well as decades of racially divisive private and governmental practices, has left the city with a poor reputation.

# 8. Oakland, California

See What You Qualify For



- ~$525 per square foot

- Median listing price: ~$690,000

- Median selling price: $757,000

- Average 5% down payment: ~$38,000

- Neutral market

The third city in the San Francisco Bay Area on our list, Oakland has a median selling price that could get you over three average American homes. But Oakland's not an average American city.

The Port of Oakland is the fifth busiest port in the USA. The city is home to major corporations like Kaiser Permanente and Clorox, and companies like Pandora Radio and Southwest Airlines.

See What You Qualify For

community, being close to the art community of Berkeley, California. Oakland is also a home to musicians from a variety of genres, ranging from heavy metal to gospel to rap.

## 9. Seattle, Washington



- ~$520 per square foot

- Median listing price: ~$690,000

- Median selling price: ~$751,000

- Average 5% down payment: ~$38,000

- Seller's market

See What You Qualify For

The ninth most expensive city in the U.S. for real estate is Seattle. As the home to major tech companies like Microsoft and Amazon, Seattle is a city of opportunity and innovation. Due to its progressive-leaning population and affluence, in 2014 Seattle passed an ordinance making the minimum wage $15 in the city.

Seattle is also known for its thriving music scene. It's the birthplace of Jimi Hendrix and the old stomping grounds of Ray Charles and Quincy Jones. It's also the hometown of such bands as Foo Fighters, Modest Mouse and Mudhoney.

Because of its popularity, Seattle is overflowing. In July 2020, over 32% of homes sold over asking. Its rising population and limited housing have made Seattle a seller's market. You can easily see this by how high the median selling price is above the median listing price.

## 10. Honolulu, Hawaii



- $700 per square foot

See What You Qualify For

- Median selling price: ~$610,000

- Average 5% down payment: $31,250

- Buyer's market

Beautiful Honolulu comes in at 10th on the list. It may have a higher price per square foot than other cities on this list, but no one moves to Honolulu to stay inside. With its steady warm temperatures, scenic beaches and nearby mountains, Honolulu is many people's version of paradise.

Because it's the **most isolated large city on earth**, the cost of living in Honolulu is high. Most food must be imported, and electricity costs 94% more than the average American city.

However, the median home value in Honolulu has fallen over the past couple years, and signs are pointing to a continued fall. The area's largest industry is tourism, and with problems like COVID-19 and **the effects of climate change on real estate prices**, the area is taking huge hits to its economy.

The natural beauty of Honolulu persists. Its culture is unique, with influences from the Americas and Asia. If you want a piece of this paradise, and have a stable income, now may be a good time to buy.

## Most Expensive Cities To Live In The US: Trends

As you may have noticed, most of these cities are located on either the East or West coast. Four of these cities are in California, with three of them in the affluent San Francisco Bay Area. Two of them are boroughs of New York City. In fact, the only city not on either coast is Honolulu, and that's on a gorgeous island.

Cities near water are not just desirable for the weather or the scenery. They're also trade hubs, each with ports moving goods. Any goods coming from Europe, Africa or Asia must pass through a coastal port.

Many of the cities on this list have built their economies with multiple sources of income.

See What You Qualify For

## The Bottom Line

If you're considering setting down roots in one of these cities, it's important to know what to expect. Buying a home is the biggest investment most people make. With cities like San Francisco and New York, your mortgage and down payment will be multiple times above average.

The reason real estate in these cities is expensive is because of all these cities have to offer. Nearby natural beauty, plentiful high-paying jobs, innovative science centers and plenty of art and culture make these cities appealing to a lot of people. Apply the basic economic principle of supply and demand, and you can see why.

Want to establish yourself in one of these cities? Or do you think you'll locate somewhere else? Either way, work with the experts at Rocket Mortgage® and buy with confidence.

Get approved to buy a home.

Rocket Mortgage® lets you get to house hunting sooner.

Start My Application



**Andrew Dehan**

See What You Qualify For

Andrew Dehan is a professional writer who writes about real estate and homeownership. He is also a published poet, musician and nature–lover. He lives in metro Detroit with his wife, daughter and dogs.

## Related Resources

### Purchase Season Starts To Hit Its Stride

HOME BUYING – 5–MINUTE READ

KEVIN GRAHAM – JANUARY 27, 2022

We've been in a shutdown for a while now, but there are signs that interest in home buying is as strong as ever. Read on to get a leg up on the market.

**Read More**

### 90+ Must-Know Home Buying And Mortgage

See What You Qualify For

VICTORIA ARAJ – JANUARY 07, 2022

We collected the most important real estate and home buying statistics as well as mortgage statistics for 2022. Search for stats by category or peruse them all.

**Read More**

**15 Fastest Growing Cities In The US**

HOME BUYING – 8-MINUTE READ

ASHLEY KILROY – MARCH 01, 2022

Census data shows that these 15 U.S. cities are the fastest growing cities in the U.S. If you're looking for where to live next, check out this list.

**Read More**

Rocket Sister Companies



Buy a home, refinance or manage your mortgage online with America's largest mortgage lender[1]



See What You Qualify For



Get a personal loan to consolidate debt, renovate your home and more



Find and buy the perfect car or truck from thousands of vehicles, all in one marketplace

**Rocket Mortgage**

Buy A Home

Refinance

Rates

Make A Payment

Legal Info

FAQs

**About Us**

Rocket Mortgage

Careers

Disclosures And Licenses

Terms Of Use

Email And Text Policy

Security and Privacy

See What You Qualify For

Social Responsibility

Press Room

**Support**

Talk To Us

Share Your Screen

Communication Opt-Out

Give Us Your Feedback

Site Accessibility

**Connect With Us**





See What You Qualify For

2014 – 2021

J.D. Power Disclaimer

[1]Based on Rocket Mortgage data in comparison to public data records.

Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226–1906

NMLS #3030. Go here for the Rocket Mortgage NMLS consumer access page.

©2000–2022 Rocket Mortgage, LLC. All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT).

Rocket Mortgage, LLC, Rocket Homes Real Estate LLC, RockLoans Marketplace LLC (doing business as Rocket Loans), Rocket Auto LLC and Truebill Inc. are separate operating subsidiaries of Rocket Companies, Inc. (NYSE: RKT). Each company is a separate legal entity operated and managed through its own management and governance structure as required by its state of incorporation and applicable legal and regulatory requirements.

Apple and the Apple logo are trademarks of Apple Inc. registered in the U.S. and other countries. App Store is a service mark of Apple Inc.

Wear OS by Google and Google Play are trademarks of Google LLC.

See What You Qualify For