UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATUL PACHORI,** <br>     **Plaintiff,** <br><br> **v.** <br><br> **NIPPON KAIJI KYOKAI CORPORATION,** <br>     **Defendant.** | **CIVIL ACTION NO. 2:21-CV-00925** <br><br> **SECTION** <br><br> **JUDGE: NANNETTE JOLIVETTE BROWN** <br><br> **MAGISTRATE: DANA DOUGLAS** |

## ORDER

CONSIDERING, the Motion filed by the Defendant, seeking leave to file a reply memorandum in support of its Motion for Partial Summary Judgment;

IT IS ORDERED that Defendant's Motion is GRANTED and the Reply Brief submitted with the Motion for Leave to File may be filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2022.

                                                                          _____
                                                                           U. S. DISTRICT COURT JUDGE

4848-1297-6095, v. 1