MINUTE ENTRY
DOUGLAS, M.J.
MARCH 21, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATUL PACHORI | CIVIL ACTION |
| VERSUS | NO. 21-925 |
| NIPPON KAIJI KYOKAI CORPORATION | SECTION: "G" (3) |

A settlement conference in the above matter was conducted on this date.

PRESENT: Daniel A. Meyer
Atul Pachori
Katelyn Harrell
Christina Leone

A settlement could not be confected at this time. Counsel are instructed to notify the undersigned if an additional settlement conference would be beneficial prior to trial.

_____
DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

MJSTAR(1.40)